THE PEOPLE *ex rel.* Hughes

*v.*

SAMUEL APPLETON.

*At Ottawa, March Term, 1882.*

PRACTICE IN THE SUPREME COURT—*oral argument on demurrer.* This court will not hear oral argument upon a demurrer to a pleading in an original proceeding here, except the cause is to be finally submitted for consideration on the demurrer.

This is an information presented to this court, in the name of the People, against Samuel Appleton, an attorney of this court, for the purpose of having the defendant's name stricken from the roll of attorneys.    The defendant filed his answer, and also took exception to the sufficiency of the information, by way of demurrer thereto, and thereupon moved the court to set the cause down for hearing on oral argument upon the demurrer.

Mr. EDWARD ROBY, for the motion.

CRAIG, Ch. J.:    It is not the practice in this court to hear oral argument upon a demurrer except upon a final submission of the cause on the demurrer.    If the defendant choose to withdraw his answer and submit the cause for final hearing on the demurrer, we will hear oral argument.

*Motion denied.*